UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

TIMOTHY WAYNE LANGLEY JR        Case No. 3:17-bk-03665-JAF

           Debtor     /        Chapter 13

## NOTICE OF AMENDED EXHIBIT A TO ORDER CONFIRMING CHAPTER 13 PLAN ALLOWING CLAIMS AND DIRECTING DISTRIBUTION

NOTICE is hereby given of the attached Amended Exhibit A, based on a post bar date review and additional claims having been filed. The Amended Exhibit A includes the addition of claim(s) for:

    AT&T CORP

    AT&T MOBILITY II LLC

All Claims will be paid pursuant to the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution, dated January 19, 2018.

Respectfully submitted this 28th day of June, 2018.

                                             /s/ Douglas W. Neway
                                             DOUGLAS W. NEWAY, Chapter 13 Trustee
                                             Florida Bar No. 709948
                                             Post Office Box 4308
                                             Jacksonville, Florida 32201
                                             Phone: (904) 358-6465
Copies to:                                  Fax: (904) 634-0038
All Interested Parties

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | LAW OFFICES OF KEITH D COLLIER | Priority | $3,500.00 | $3,500.00 | $392.50 | 1 - 8 |
| | | | | | $360.00 | 9 - 9 |
| | | | | | $0.00 | 10 - 60 |

***Claim Notes:*** *No claim filed.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 01 | SANTANDER CONSUMER USA | Secured | $14,619.42 | $16,958.37 | $100.00 | 1 - 9 |
| | | | | | $314.87 | 10 - 60 |
| 02 | UNITED STUDENT AID FUNDS INC | Unsecured | $38,579.53 | $38,579.53 | ProRata | |
| 03 | PREMIER BANKCARD LLC | Unsecured | $595.25 | $595.25 | ProRata | |
| 04 | PREMIER BANKCARD LLC | Unsecured | $697.28 | $697.28 | ProRata | |
| 05 | GREEN TAX FUNDING 1 | Secured | $5,524.75 | $8,418.06 | $0.00 | 1 - 9 |
| | | | | | $165.06 | 10 - 60 |
| 06 | AT&T CORP | Unsecured | $1,262.67 | $1,262.67 | ProRata | |
| 07 | AT&T MOBILITY II LLC | Unsecured | $3,346.06 | $3,346.06 | ProRata | |

### Debtor Payment Schedule

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| November 16, 2017 | 1 - 60 | $575.00 |

Copies to:
Debtor
Keith D Collier, Esquire
Douglas W. Neway, Trustee
All Interested Parties